March 28, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

SAM KAZMAN, Appellant

NO. 14-12-00320-CV                    V.

FRONTIER OIL CORPORATION, MICHAEL C. JENNINGS, DOUGLAS Y. BECH, ROBERT J. KOSTELNIK, JAMES H. LEE, PAUL B. LOYD, JR., FRANKLIN MYERS AND MICHAEL W. ROSE, ADAM WALKER, HOLLY CORPORATION AND NORTH ACQUISITION, INC., Appellees

———————————————————

This cause, an appeal from the judgment in favor of appellees, Frontier Oil Corporation, Michael C. Jennings, Douglas Y. Bech, Robert J. Kostelnik, James H. Lee, Paul B. Loyd, Jr., Franklin Myers and Michael W. Rose, Adam Walker, Holly Corporation and North Acquisition, Inc., signed January 6, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to delete the award of attorney's fees to class counsel.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellees, Frontier Oil Corporation, Michael C. Jennings, Douglas Y. Bech, Robert J. Kostelnik, James H. Lee, Paul B. Loyd, Jr., Franklin Myers and Michael W. Rose. Adam Walker, Holly Corporation and North Acquisition, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.